1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| PHL VARIABLE INSURANCE CO., | Civil No.   09-cv-2344-BTM (POR) |
| Plaintiff, | |
| v. | **ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
| CLIFTON WRIGHT FAMILY INSURANCE TRUST, by and through its trustee, VINCENT M. GIORDANO, | |
| Defendant. | |

16        On July 12, 2010, the Court held a Settlement Disposition Conference in this matter.

17   Appearing were:  Jarrett E. Ganer, Esq., counsel for Plaintiff; and Todd A. Green, Esq., counsel for

18   Defendant.  Counsel represented that the case remains settled, but the parties need additional time to

19   exchange and execute settlement documents.  Accordingly, IT IS HEREBY ORDERED:

20        1.    A Joint Motion for Dismissal shall be submitted to the Honorable Barry T.

21              Moskowitz on or before **August 2, 2010.**  A courtesy copy shall be delivered to the

22              chambers of the Honorable Louisa S Porter.  The courtesy copy shall be lodged with

23              chambers via e-mail to efile_Porter@casd.uscourts.gov.

24        2.    If a Joint Motion for Dismissal is not submitted on or before August 2, 2010, then a

25              further Settlement Disposition Conference shall be held on **August 3, 2010** at

26              **1:30 p.m.** before Judge Porter.  The conference shall be telephonic, with attorneys

27              only.  Plaintiff's counsel shall arrange and initiate the conference call.

28   //

1      3.     If a Joint Motion for Dismissal is received on or before August 2, 2010, the

2             Settlement Disposition Conference shall be VACATED without further court order.

3      IT IS SO ORDERED.

4

5   DATED:  July 13, 2010

6

7                                        LOUISA S PORTER
                                         United States Magistrate Judge
8

9

10  cc:        The Honorable Barry T. Moskowitz
               All parties
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09cv2344-BTM (POR)